```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    JEREMY R. JEHANGIRI
 3  Assistant United States Attorney
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: 559-497-4000
 5
    Attorneys for Plaintiff
 6    United States of America
 7
 8
              IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                     EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,      )  1:10-cr-00317-AWI
12                                 )
                    Plaintiff,     )  STIPULATION AND AGREEMENT TO
13                                 )  CONTINUE MOTION FILING
    v.                             )  DEADLINES AND HEARING; ORDER
14                                 )
    TODD DOUGLAS UDALL,            )  DATE: August 20, 2012
15                                 )  TIME: 10:00 a.m.
                    Defendant.     )  Honorable Anthony W. Ishii
16                                 )
17
         The United States of America, by and through Assistant United
18
    States Attorneys Brian W. Enos and Jeremy R. Jehangiri, and
19
    Defendant Todd Douglas Udall, by and through his counsel, Charles
20
    Frederick Magill, submit this stipulation for the Court's
21
    consideration.
22
         IT IS STIPULATED AND AGREED:
23
         1.   The parties request that the motion to dismiss hearing date
24
    in this case be continued from July 16, 2012, to August 20, 2012, at
25
    10:00 a.m.
26
         2.   The parties further agree that the response to Defendant's
27
    motion to dismiss shall be filed on or before August 6, 2012, and that
28
                                     1
```

any reply shall be filed on or before August 13, 2012.

3. The parties stipulate that the time resulting from this pre-trial motion should be excluded from the calculation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D).

4. The parties stipulate that good cause exists because counsel for the United States, Brian W. Enose, recently assumed the prosecution of this case. Assistant United States Attorney Jeremy R. Jehangiri is in the midst of transferring to another component in the Department of Justice and this case will no longer be prosecuted by him. The parties thereby agree to this continuance so that AUSA Enos can familiarize himself with this case and for continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

5. The parties are also engaged in extensive plea negotiations, and this case may be resolved without a motion to dismiss hearing and a trial. The parties stipulate that further discussions relating to a plea agreement and additional time to engage in such plea negotiations would allow for effective representation, taking into account the exercise of due diligence, and for efficient use of the Court's time and resources. The parties stipulate that a continuance of this motion and related filing dates would permit counsel for the parties to make all reasonable efforts to resolve this case prior to the motion to dismiss hearing.

6. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the United States and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

7. The parties stipulate and agree that the interests of justice

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

8. Defendant and his counsel have no objection to this continuance.

SO STIPULATED AND AGREED.

Dated: June 12, 2012          /s/ *Jeremy Jehangiri*
                              Jeremy R. Jehangiri
                              Assistant United States Attorney

Dated: June 12, 2012          /s/ *Charles Magill* (as authorized)
                              Charles Frederick Magill
                              Attorney for Defendant
                              Todd Douglas Udall

**ORDER**

IT IS SO ORDERED, with time excluded for the above-stated reasons.

IT IS SO ORDERED.

Dated:    June 12, 2012                    _____
                                           CHIEF UNITED STATES DISTRICT JUDGE

3