JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TODD UDALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-0317 AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE: April 8, 2013 |
| TODD UDALL, | TIME: 1:00 P.M. |
| | JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for February 25, 2012, **may be continued to April 8, 2013 at 1:00 P.M. before Magistrate Judge Barbara A. McAuliffe**.

This continuance is at the request of counsel for defendant. Counsel needs additional time for case investigation and preparation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney David L. Gappa has no objection to this request.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a

///
///

1

speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation.

BENJAMIN B. WAGNER
United States Attorney

DATED: February 21, 2013   By: /s/ David L. Gappa
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: February 21, 2013   By: /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
TODD UDALL

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **February 21, 2013**        /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE